UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| KINDALE K. MOORE, #142-69-73, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. 2:13cv351 |
| HAROLD W. CLARKE, Director, Virginia Department of Corrections, | : |
| Respondent. | : |

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to his convictions on June 20, 2011, in the Circuit Court of Virginia Beach, Virginia for rape, sodomy and burglary. As a result of the convictions, Petitioner was sentenced to serve two life sentences, plus 20 years in prison.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed November 18, 2013 recommends dismissal of the petition with prejudice. The Report and Recommendation advised the parties of their right to object and the time limit for doing so. The Court has received no objections from either the Petitioner or the Respondent, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed November 18, 2013 and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice. It is further ORDERED that judgment be entered in favor of respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

_____ 20, 2013